#2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CV 9242

Lynden Johnson

*(In the space above enter the full name(s) of the plaintiff(s).)*

**-against-**

Hector Bruno
New York City Police Department

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED
DEC 18 2012
PRO SE OFFICE

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Lynden Johnson
ID # 029815640
Current Institution Buffalo Federal Detention Facility
Address 4250 Federal Drive,Batavia,NY 14020

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Detective Hector Bruno Shield # 358
Where Currently Employed New York Police Dept 77th Precinct Annex
Address 653 Grand Avenue,Brooklyn,NY 11238

Defendant No. 2 Name ______________________ Shield #________
Where Currently Employed ______________________
Address ______________________
______________________

Defendant No. 3 Name ______________________ Shield #________
Where Currently Employed ______________________
Address ______________________
______________________

Defendant No. 4 Name ______________________ Shield #________
Where Currently Employed ______________________
Address ______________________
______________________

Defendant No. 5 Name ______________________ Shield #________
Where Currently Employed ______________________
Address ______________________
______________________

**II. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
New York City Police Department 77th precinct Annex

B. Where in the institution did the events giving rise to your claim(s) occur?
Police Department 77th Precinct Annex Station

C. What date and approximate time did the events giving rise to your claim(s) occur?
May 12th,2011 at 12:30 am

D. Facts: Law enforce officials violated my rights under the Alien Tort Statue (ATS), and Article 36 of the Vienna Convention on Consular Relations because officials did not inform me of these rights under Vienna Convention to have consulate notify of my arrest. Although,official were informed of my foreign status during my arrest. Officials refused to contact my consulate upon my request for assistant. Detective Hector Bruno was the arresting officer that refused to notify my consulate office of my arrest upon my request for legal assistance and emotional support.

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

**III. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I suffer emotional distress greatly because of my arrest and the humane treatment from the 77th Precinct officials lack of support to a foreign national.

**IV. Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes x No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
Buffalo Federal Detention Facility
I was not aware that I had to exhaust administrative remedies.

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)? ____________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

____________________

1. Which claim(s) in this complaint did you grieve? ____________________

____________________

2. What was the result, if any? ____________________

____________________

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. ____________________

____________________

____________________

____________________

____________________

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: ____________________

____________________

____________________

____________________

____________________

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I was not aware that I had to exhaust administrative remedies.

**Note**: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). The relief that I am seeking monetary compensation of two million dollars($2,000,000).

**VI. Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No _x_

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________

Defendants ______________________________

2. Court (if federal court, name the district; if state court, name the county) ______________________________

3. Docket or Index number ______________________________
4. Name of Judge assigned to your case ______________________________
5. Approximate date of filing lawsuit ______________________________
6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ______________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______________________________

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No x

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________

Defendants ______________________________

2. Court (if federal court, name the district; if state court, name the county) ______________________________

3. Docket or Index number ______________________________
4. Name of Judge assigned to your case ______________________________
5. Approximate date of filing lawsuit ______________________________
6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ______________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______________________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 6 day of December, 2012

Signature of Plaintiff [signature]

Inmate Number 029815640

Institution Address Buffalo Federal Detention Facility 4250 Federal Drive, Batavia, NY 14020

**Note**: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 6th day of December, 2012 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature]

Lynden Johnson
029815640
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia,NY 14020

Buffalo Federal Detention Facility

United States District Court
Southern District Court
United States Court House
500 Pearl Street
New ~~York~~,New York 10007

RECEIVED
SDNY PRO SE OFFICE
2012 DEC 18 A 11: 51